AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

DEREK LOWELL KIRK,

          Petitioner,

V.

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

          Respondents.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER**: 3:16-cv-00079-MMD-VPC**

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.  It is further ordered that petitioner is denied a certificate of appealability.

  _April 19, 2016_                              _**LANCE S. WILSON**_
                                              Clerk

                                     _/s/ D. R. Morgan_____
                                        Deputy Clerk